IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:16CR81<br>Judge Mazzant |
| ARMANDO PEDRO RODRIGUEZ<br>a.k.a. Kidd | § § | |

## FACTUAL BASIS

The defendant, **Armando Pedro Rodriguez**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, **Armando Pedro Rodriguez**, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Armando Pedro Rodriguez** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Indictment, to knowingly and intentionally possess with the intent to distribute and dispense at least 5 kilograms but less than 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine or at least 500 grams but less than 1.5 kilograms of methamphetamine (actual).

4. That **Armando Pedro Rodriguez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

Factual Basis – Page 1

5. That **Armando Pedro Rodriguez** knew that the amount involved during the term of the conspiracy involved at least 5 kilograms but less than 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine or at least 500 grams but less than 1.5 kilograms of methamphetamine (actual). This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Armando Pedro Rodriguez**'s role in this conspiracy was to supply co-conspirators with multi-gram quantities of methamphetamine from various sources, which was imported from Mexico, which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 8-17-16

ARMANDO PEDRO RODRIGUEZ
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the

defendant understands the Factual Basis and the Indictment.

Dated: 8/17/16       _____
                                     DENISE S. BENSON
                                     Attorney for the defendant